IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK JOSEPH MCGRATH *et al.*, | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CREDIT LENDERS SERVICE | : | |
| AGENCY, INC., | : | No. 20-2042 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 25th day of February, 2022, upon consideration of Defendant Credit Lenders Service Agency, Inc.'s Motion for Summary Judgment (Doc. No. 20), Plaintiffs Patrick Joseph McGrath's and Donna Marie McGrath's Response in Opposition (Doc. No. 22), Defendant's Reply (Doc. No. 33) and Plaintiffs' Sur-Reply (Doc. No. 34), it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED IN PART** and **DENIED IN PART** for the reasons stated in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1