IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK JOSEPH MCGRATH *et al.*, <br> *Plaintiffs* | CIVIL ACTION |
| v. | |
| CREDIT LENDERS SERVICE AGENCY, INC., <br> *Defendant* | No. 20-2042 |

## ORDER

**AND NOW**, this 11th day of July, 2022, upon consideration of Plaintiffs Patrick Joseph McGrath's and Donna Marie McGrath's Motion for Leave to File a Second Amended and Supplemental Complaint (Doc. No. 39), Defendant Credit Lenders Service Agency, Inc.'s Response in Opposition (Doc. No. 41), and the McGraths' Reply (Doc. No. 45), it is hereby **ORDERED** that the McGraths' Motion (Doc. No. 39) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1